UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORIO G. DIAZ, *et al.*,

    Plaintiffs,

v.

NORTHWEST TRUSTEE SERVICES, INC., *et al.*,

    Defendants.

Case No. C14-1903RSL

ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

    This matter comes before the Court on plaintiffs' "Motion To Dismiss Northwest Trustee Services Without Prejudice." Dkt. # 13. Having reviewed the parties' memoranda and the balance of the record; the Court finds as follows.

    Plaintiffs bring this action alleging that defendants, including Northwest Trustee Services, Inc. ("NWTS"), have unlawfully attempted to sell real property belonging to plaintiffs Gregorio and Maria Diaz pursuant to an invalid deed of trust recorded in September 2005 (Snohomish County Auditor's File No. 200509220838). Dkt. # 1 (Compl.). Plaintiff has moved to voluntarily dismiss NWTS from this action without prejudice. Dkt. # 13. NWTS objects that its dismissal should be with prejudice, suggesting that its only involvement with the property in dispute is through a different deed of trust (Snohomish County Auditor's File No. 200509220837). Dkt. # 14.

ORDER GRANTING MOTION TO
DISMISS WITHOUT PREJUDICE - 1

1   After consideration, the Court GRANTS plaintiffs' motion to dismiss NWTS without
2   prejudice. Dkt. # 13.

   DATED this 23rd day of April, 2015.

   *signature*
   Robert S. Lasnik
   United States District Judge

ORDER GRANTING MOTION TO
DISMISS WITHOUT PREJUDICE - 2